# United States Court of Appeals for the Federal Circuit

January 27, 2009

ERRATA

Appeal No. 2007-1545, 2008-1162

QUALCOMM v. BROADCOM

Decided: December 1, 2008                    Precedential Opinion

Please make the following change:

On the bottom of page 5 after the sentence that ends "participated in the CREDO program." Insert this sentence: --Thereafter, the district court vacated the magistrate judge's order as to the sanctioned attorneys and remanded that portion of the order for further proceedings.--